**No. D-2603. In the Matter of Disbarment of Michael R. Luongo.**

565 U.S. 975, 132 S. Ct. 546, 181 L. Ed. 2d 392, 2011 U.S. LEXIS 7705.

October 31, 2011. Disbarment entered.

Former order, 564 U.S. 1034, 131 S. Ct. 3087, 180 L. Ed. 2d 909, 2011 U.S. LEXIS 4847.